

## MEMORANDUM OPINION

No. 04-09-00559-CV

**IN RE SOUTHWEST CONCRETE PRODUCTS, L.P.**
and Texas Building Products, Inc.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
               Steven C. Hilbig, Justice
               Marialyn Barnard, Justice

Delivered and Filed: September 9, 2009

PETITION FOR WRIT OF MANDAMUS DENIED, MOTION FOR EMERGENCY RELIEF DENIED

On September 3, 2009, relators filed a petition for a writ of mandamus and a motion for emergency relief. The court has considered the petition and the motion, and determined relators are not entitled to the relief sought. Accordingly, relators' petition for a writ of mandamus and motion for emergency relief are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2004-CI-09384, styled *A. Hansen Masonry, Inc. v. Southwest Concrete Products, L.P. and Texas Building Products, Inc.*, pending in the 150th Judicial District Court, Bexar County, Texas.